THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAUSTROLLEAN FIXTURE CO., INC, <br><br> Defendant. | CASE NO. C19-1548-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties were ordered to appear before the Court on February 4, 2020, for a status conference. (*See* Dkt. No. 5.) Defense counsel failed to appear. Defense counsel is hereby ORDERED to show cause why they should not be sanctioned for their failure to appear. Defense counsel's response shall not exceed three pages and is due on or before February 20, 2020. On its own motion and in the interest of judicial economy, the Court RESETS the show cause hearing and status conference for March 3, 2020, at 9:00 a.m.

//

//

MINUTE ORDER
C19-1548-JCC
PAGE - 1

DATED this 10th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk