THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAUSTROLLEAN FIXTURE CO. INC. *et al.*, <br><br> Defendants. | CASE NO. C19-1548-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In light of the parties' joint stipulated response to the Court's order to show cause (Dkt. No. 12), the Court DISCHARGES the order to show cause in this matter (Dkt. No. 11).

DATED this 9th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
