THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,<br><br>Plaintiffs,<br>v.<br><br>FAUSTROLLEAN FIXTURE CO., INC., an Oregon corporation,<br><br>Defendant. | CASE NO. C19-1548-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement of all claims (Dkt. No. 25) filed on June 2, 2021. According to the notice, the parties have settled all claims in this action and request that the Court keep the case active for thirty days from the date of the notice so they can finalize the formal settlement documents. (*Id.*) More than thirty days have elapsed since the filing of the notice, and the parties have not filed dismissal paperwork. Within 30 days

MINUTE ORDER
C19-1548-JCC
PAGE - 1

of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to vacate the trial date and case management deadlines and statistically close this case pending the parties' completion of the settlement.

DATED this 8th day of July 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk